# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **PARVEEN PARVEEN,**<br><br>　　　　　Petitioner,<br>　　v.<br>Warden Desert View Annex (Adelanto CA) *et al.*,<br><br>　　　　　Respondents. | **ORDER**<br><br>ED CV 26-00706-VBF-ACCV<br><br>**Requiring Response to TRO App.** and Permitting Reply |

　　　No later than 11:59 p.m. on Wednesday, February 18, 2026, the respondents **SHALL FILE a response to** petitioner's application for a temporary restraining order ("TRO").

　　　No later than 11:59 p.m. on Thursday, February 19, 2026, petitioner MAY REPLY.

　　　IT IS SO ORDERED.

Dated: February 16, 2026

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge